<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2376**

NATHAN STURDIVANT,

    Plaintiff – Appellant,

  v.

JOHN MCHUGH, Honorable, Department of the Army; SECRETARY OF
THE ARMY,

    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Liam O'Grady, District
Judge.  (1:09-cv-00586-LO-JFA)

Submitted:  July 26, 2010    Decided:  August 16, 2010

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathan Sturdivant, Appellant Pro Se.  Dennis Carl Barghaan, Jr.,
Assistant United States Attorney, Alexandria, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan Sturdivant appeals the district court's order granting summary judgment to Defendant in this action brought under Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sturdivant v. McHugh, No. 1:09-cv-00586-LO-JFA (E.D. Va., filed Nov. 19, 2009 & entered Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED